USCA1 Opinion

 

 [NOT FOR PUBLICATION] ____________________ No. 92-1308 JO WHIGHAM, Plaintiff, Appellant, v. FILENE'S DEPARTMENT STORE, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Walter Jay Skinner, U.S. District Judge] ___________________ ____________________ Before Breyer, Chief Judge, ___________ Campbell, Senior Circuit Judge, ____________________ and Cyr, Circuit Judge. _____________ ____________________ Jo Whigham on brief pro se. __________ A. John Pappalardo, United States Attorney, and Thomas E. Kanwit, ___________________ ________________ Assistant United States Attorney, on Motion for Summary Affirmance of defendant/appellee Wayne Budd. Julie J. Bernard on Motion for Summary Affirmance for ____________________ defendant/appellee, New England Telephone and Telegraph Company. ____________________ August 27, 1992 ____________________ Per Curiam. The judgment of the district court is __________ affirmed for substantially the same reasons stated in the district court's February 17, 1992 order. -2-